FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 SEP -1 PM 5: 10

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IGNACIO BRINGAS GUEDEA,

    Plaintiff,

Case No.: 03-MC-00022 D

v.

UNITED AGRI PRODUCTS,

    Defendant.

---

### ORDER CLOSING MISCELLANEOUS CASE

It appearing to the court that the relief sought has been granted, there being no further issue, the Clerk is directed to close the instant case.

**IT IS SO ORDERED** this _1st_ day of _September_, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:03-MC-00022 was distributed by fax, mail, or direct printing on September 8, 2005 to the parties listed.

---

Remedios Gomez Arnau
CONSULATE GENERAL OF MEXICO
2600 Apple Valley Road
Atlanta, GA 30319

Honorable Bernice Donald
US DISTRICT COURT